# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

**August 3, 2017**

Miller v. Ford Motor Company (S065010). Certified question accepted.

Raynor v. United of Omaha Life Insurance Company (S065032). Certified questions accepted.